UNITED STATES DISTRICT COURT

IN THE SOUTHERN DISTRICT COURT OF IOWA
(Scott County)

RECEIVED

MAY 08 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

DAVID TYRONE JOINER JR.;

(Plaintiff)

v.

OKCUPID, INC.;
A. G. K.;
KELSEY BOWLBY;
RAYMOND BREWER;

(Defendants)

CASE NO.: _____

COMPLAINT AND JURY DEMAND

Plaintiff David Tyrone Joiner Jr., Pro Se, States as follows:

I    INTRODUCTION

1. This is a civil action brought by Plaintiff David Tyrone Joiner Jr.

1 of 9

against Defendants, including OKCupid, Inc., A.G.K., Kelsey Boulby, Raymond Brewer, and other relevant or related parties for various acts of negligence and fraud.

2. Plaintiff seeks compensatory and punitive damages for the negligent and fraudulent actions of Defendants that directly led to Plaintiff being arrested, detained, prosecuted, and subjected to severe emotional distress, mental anguish, and reputational harm.

3. The conduct of Defendants constitutes extreme and outrageous behavior that warrants full relief.

## II   PARTIES

4. Plaintiff David Tyrone Joiner Jr. is an adult resident of the State of Iowa, who is currently incarcerated pending resolution of criminal charges.

5. Defendant OKCupid, Inc. is a corporation that owns and operates an online dating platform accessible throughout the United States, including Iowa, and represents that users must be at least eighteen (18) years of age.

6. Defendant A.G.K. is, upon information and belief, a resident of Davenport, Iowa, and was a minor at all relevant times.

7. Defendant Kelsey Bonlby is, upon information and belief, a resident of Davenport, Iowa, and the parent and legal guardian of Defendant A.G.K..

8. Defendant Raymond Brewer is, upon information and belief, a resident of Davenport, Iowa, and the parent and legal guardian of Defendant A.G.K..

## III. JURISDICTION AND VENUE

9. This court has jurisdiction over the parties and subject matter of this action pursuant to Iowa law.

10. Venue is proper in Scott County because the events giving rise to this action occurred in Scott County, and Defendants reside or conduct business in this jurisdiction.

## IV. FACTUAL ALLEGATIONS

11. In or about September 2024, Plaintiff downloaded the OKCupid mobile dating application and created an account.

12. Defendant OKCupid, Inc. represented that users must be at least eighteen (18) years old.

13. Plaintiff's first and only interaction on the app was with a user identifying herself as "Ava".

14. "Ava's" profile represented she was eighteen (18) years old and included photographs of her.

15. Plaintiff and "Ava" communicated through the OKCupid platform for several days, exchanged phone numbers, and eventually met twice in person.

16. Plaintiff reasonably relied on the representation that "Ava" was an adult.

17. Plaintiff later learned (from authorities) that "Ava" was, in fact, thirteen (13) at the time of these interactions.

18. "Ava" never disclosed her true age to plaintiff and made multiple misrepresentations about her identity and intentions to Plaintiff.

19. Plaintiff has been incarcerated since February 11, 2025, in connection with allegations arising from these interactions.

20. Defendant A.G.K. affirmatively misrepresented her age and intentions to gain access to Plaintiff and the OKCupid platform.

21. Defendant OKCupid, Inc. failed to require reliable proof of age, despite publicly representing that minors are prohibited and safety measures exist.

22. Defendants Kelsey Bowlby and Raymond Brewer knew and should have

known that their minor child was using adult dating apps and failed to prevent forseeable harm.

23. A.G.K. admitted to law enforcement that she intentionally engaged the plaintiff to pursue financial gain.

## V. CAUSES OF ACTION

Count 1    Fraud in the Inducement (A.G.K.)

24. A.G.K. knowingly misrepresented material facts, including her age and intentions.

25. Plaintiff reasonably relied on these misrepresentations.

26. As a direct and proximate result, Plaintiff suffered harm.

Count 11.    NEGLIGENCE (OkCupid, Inc.)

27. OkCupid owed Plaintiff a duty of reasonable care.

28. OkCupid breached that duty by failing to implement reasonable age verification and safety measures.

29. As a direct and proximate result, Plaintiff suffered harm.

**Count III. NEGLIGENT FACILITATION OF FRAUD (OKCupid, Inc.)**

30. OKCupid provided the tools and opportunity for A.G.K. to commit fraud.

31. The resulting harm to Plaintiff was forseeable and preventable.

32. Plaintiff suffered damages as a direct and proximate result.

**Count IV. PARENTAL NEGLIGENCE (Kelsey Bowlby and Raymond Brewer)**

33. Defendants owed a duty to supervise their minor child.

34. Defendants knew and should have known of A.G.K.'s use of adult dating apps.

35. Defendants failed to take reasonable precautions.

36. Plaintiff suffered forseeable harm as a direct result.

## VI. DAMAGES

37. Plaintiff has suffered severe and permanent harm as a direct and

proximate result of Defendants actions, including but not limited to:

38. Loss of Liberty - Plaintiff was unlawfully arrested, detained, and prosecuted based on the fraudulent and negligent conduct of Defendants.

39. Emotional Distress - Plaintiff has endured extreme emotional trauma, mental anguish, humiliation, and anxiety due to the fraudulent and negligent conduct of Defendants.

40. Reputation Damage - Plaintiff's name, character, and standing in the community has been permanently harmed as a result of the fraud and negligence committed by the Defendants.

41. Financial Losses - Plaintiff has incurred lost wages, diminished earning capacity, loss of home, loss of property, legal costs, and other expenses as a direct result of Defendants fraudulent and negligent conduct.

42. Punitive Damages - Defendants acted with negligence, fraudulence, malice, indifferent and intentional misconduct, warranting punitive damages to deter similar future misconduct.

43. As a result of the foregoing, Plaintiff demands judgement against all Defendants, jointly and severally, in the amount of twenty five million dollars ($25,000,000), representing full compensatory and punitive damages for fraud in the inducement, negligence, negligent facilitation of fraud, and parental negligence, together with costs, legal fees, and any further relief the court deems just and proper.

## VII.   JURY DEMAND

44.   Plaintiff demands a trial by jury on all issues so triable.

## VIII.   Certification and Closing

Under Federal Rule of civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2.) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3.) the factual contentions have evidentiary support of, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4.) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the clerks office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerks office may result in the dismissal of my case.

I, David Tyrone Joiner jr., certify under penalty of perjury and

8   of   9

pursuant to the laws of the State of Iowa and the United States of America that the preceding is true and correct.

David Tyrone Joiner Jr.

CASEY JONES
Commission Number 866658
My Commission Expires
8/13/28

Sgt C. J2

UNITED STATES DISTRICT COURT for the

SOUTHERN DISTRICT OF IOWA (Scott county)

# CIVIL COVER SHEET

Plaintiff: David Tyrone Joiner Jr.

Defendants: OkCupid, Inc., A.G.K., Kelsey Bowlby, Raymond Brewer

1. Type of Case:  Fraud / Misrepresentation.

2. Nature of Suit:  This is a civil action arising from Defendants' conduct involving fraud, misrepresentation, negligence, coordinated actions, and resulting harm to Plaintiff.

3. Jury Demand: YES.

4. Related Cases: YES.  4:26-cv-00013-SMR-WPK

5. Parties:

Plaintiff address:
David Tyrone Joiner Jr.
Scott County Jail
400 W 4th St.
Davenport, IA  52801

Pg. 1 of 2

Defendants addresses

OKCupid, Inc.

c/o Match Group Americas, (Parent/Service address) LLC

8750 N. Central Expressway, Suite 1400

Dallas, TX 72531

A.G.K., Kelsey Bowlby, Raymond Brewer

Silver Creek mobile home Park

5019 N. Clark St. Lot #175

Davenport, IA 52806

6. Service Information: Plaintiff proceeding In Forma Pauperis and requests court-ordered Service.

7. Damages Requested: Over $75,000

Dated 4/17/2026

David Tyrone Joiner Jr.

CASEY JONES
Commission Number 866658
My Commission Expires
8/13/28

Pg. 2 of 2

* "Civil cover sheet".  2 pages.

* "I.F.P." application.  2 pages

* "Motion for court ordered service by sherriff".  2 pages

* "complaint".  9 pages.

* 6 month history of "inmate financial account".  3 pages

David Tyrone Joiner Jr.
Scott County Jail.
400 w 4th St.
Davenport, IA 52801



U.S. District Clerk of Court.
Federal Courthouse
131 e. 4th St.
Davenport, IA 52801

Legal mail